STANLEY A. NELSON & COMPANY, INC., Plaintiff-Appellee, *v.* MODULAR INTERIORS *et al.*, Defendants-Appellants.

(No. 58350; )

First District (3rd Division)—July 19, 1973.

Opinion by Mr. JUSTICE McGLOON.

Ronald Butler, Robert G. Foster, and Paul H. Hensel, of Winston & Strawn, of Chicago, for appellants.

Theodore S. Pabst, of Pabst and Coakley, of Evergreen Park, for appellee.